IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHSIN H. LIHONY, | No. C 12-01601 SI |
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS** |
| v. | |
| BANK OF AMERICA, N.A., and RECONSTRUST COMPANY, N.A., | |
| Defendants. | |

Plaintiff filed this case on March 30, 2012, asserting claims for declaratory relief, injunctive relief and quiet title regarding defendants' alleged attempts to foreclose on plaintiff's home at 5901 Caddington Way, Sacramento, CA. Complaint, ¶18. Plaintiff asserted jurisdiction exists in this Court based on diversity of jurisdiction with respect to defendants Bank of America, N.A. and Recon Trust Company, N.A. *Id.*, ¶ 1. While plaintiff asserts that his home and residence is at 5901 Caddington Way, every piece of mail the clerk's office has sent to Mr. Lihony at that address has been returned to this Court as undeliverable. *See* Docket Nos. 6, 14, 25, 26, 27.

Defendants have moved to dismiss, arguing that diversity jurisdiction does not exist because defendant Recon Trust is a national banking association with its principal place of business in California. Defendants filed their motion to dismiss on May 2, 2012, and after the case was reassigned to the undersigned, renoticed the motion to dismiss on May 18, 2012 for hearing on June 15, 2012.

1   On May 21, 2012, the Court granted plaintiff's application to proceed *in forma pauperis* and
2 informed the parties that the Court intended to transfer this case to the Eastern District of California –
3 where the property at issue is – absent objection of the parties. On May 24, 2012, defendants filed an
4 objection to that transfer, arguing that this Court should first determine whether jurisdiction exists over
5 the complaint. Docket No. 23. Plaintiff has not filed an opposition to defendants' motion to dismiss,
6 or filed a response to the Court's notice of intent to transfer. Moreover, as noted above, each piece of
7 mail sent by the Court to Mr. Lihony has been returned as undeliverable.

8   The Court find this matter appropriate for resolution without oral argument, and hereby
9 VACATES the hearing pursuant to Civil Local Rule 7-1(b). The Court agrees that jurisdiction should
10 be determined prior to determining whether it makes sense to transfer this action. Having reviewed
11 defendants' motion, and the Duran Declaration filed in support of the Motion to Dismiss for lack of
12 jurisdiction pursuant to FRCP 12(b)(1), the Court finds that diversity jurisdiction does not exist because
13 plaintiff and defendant Recon Trust are both citizens of California. *See* 28 U.S.C. § 1332(c)(1) (a
14 "corporation shall be deemed to be a citizen of" [a] "state where it has its principal place of business");
15 *see also Hertz Corp. v. Friend*, 130 S. Ct. 1181 (2010). As this Court does not have jurisdiction over
16 plaintiff's complaint, defendant's motion to dismiss is GRANTED. This dismissal is without prejudice
17 to plaintiff's ability to refile his claims in state court.

19   **IT IS SO ORDERED.**

20 Dated: June 11, 2012

21   SUSAN ILLSTON
    UNITED STATES DISTRICT JUDGE

2