IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MUHSIN H. LIHONY,

    Plaintiff,

  v.

BANK OF AMERICA, N.A., and
RECONSTRUST COMPANY, N.A.,

    Defendants.

    /

No. C 12-01601 SI

**JUDGMENT**

This action is dismissed for lack of jurisdiction.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: June 11, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE