IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHSIN H. LIHONY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A., and<br>RECONSTRUST COMPANY, N.A.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-01601 SI<br><br>**JUDGMENT** |

　　　This action is dismissed for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: June 11, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE